IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

    Plaintiff,                   No. CIV S-02-0716 FCD GGH P

    vs.

JEFFREY HARRIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On April 20, 2005, the court granted plaintiff's February 11, 2005, request for an extension of time to file an opposition to the January 28, 2005, order denying plaintiff's request to waive the cost of serving subpoenas. The court ordered plaintiff's opposition, construed as a request for reconsideration, due within twenty days. On May 3, 2005, plaintiff filed his opposition to the January 28, 2005, order.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed January 28, 2005, is affirmed.
3  DATED:June 10, 2005

5  /s/ Frank C. Damrell Jr.
   FRANK C. DAMRELL JR.
6  United States District Judge

7  dra716.850