1  BILL LOCKYER, Attorney General
   of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  JOHN W. RICHES II, State Bar No. 206223
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-5915
8    Fax: (916) 324-5205
   Attorneys for Defendants W. Rodriguez,
9  W. Williams, J. Harris and D. Padilla
   SA2003104706
10
                 UNITED STATES DISTRICT COURT
11
                 EASTERN DISTRICT OF CALIFORNIA
12

13  JOHN CLINT DRAPER,                    No. CIV S-02-0716 FCD GGH

14                          Plaintiff,    ORDER RE:  DEFENDANTS'
                                          REQUEST TO ACT AFTER THE
15          v.                            EXPIRATION OF TIME

16  JEFFERY HARRIS, et al.,

17                          Defendants.

18

19                              **ORDER**

20          Defendants W. Rodriguez, W. Williams, J. Harris and D. Padilla have

21  requested to act after the expiration of time to file their Notice and Motion for Summary

22  Judgment pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

23          NOW THEREFORE, good cause having been shown, defendants' request

24  to act after the expiration of time is granted.

25  DATED: 7/12/05

26                              /s/ Gregory G. Hollows

27                              _____
                                Gregory G. Hollows, U. S. Magistrate Judge

28  drap0716.eot07


                                  1

Proposed Order RE Request to Act Beyond Time