IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

    Plaintiff,                    No. CIV S-02-0716 FCD GGH P

    vs.

JEFFREY HARRIS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 19, 2005, plaintiff filed a request to act after expiration of time.  Plaintiff requests an extension of time to file an opposition to defendants' summary judgment motion filed July 5, 2005.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff's July 19, 2005, request to act after expiration of time is granted; plaintiff's opposition to defendants' summary judgment motion is due thirty days from the date of this order.

DATED:   7/29/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

drap716.eot(2)

1