IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

    Plaintiff,                  No. CIV S-02-0716 FCD GGH P

    vs.

JEFFREY HARRIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Defendants' summary judgment motion filed July 5, 2005, is pending before the court. Because defendants' motion is unlikely to be resolved prior to the pretrial conference and jury trial, these dates are vacated.

        Accordingly, IT IS HEREBY ORDERED that the pretrial conference set for October 21, 2005, and the jury trial set for January 10, 2006, are vacated; these dates will be re-set if appropriate.

DATED:  10/6/05

                                           /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

drap716.vac(2)