UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

**FILED**

MAR 27 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

| | |
|---|---|
| JOHN CLINT DRAPER,<br><br>　　Plaintiff - Appellant,<br><br>v.<br><br>JEFFERY HARRIS; et al.,<br><br>　　Defendants - Appellees. | No. 06-15425<br>D.C. No. CV-02-00716-FCD GGH<br><br><br>**ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith      [ ]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　Date: March 24, 2006